# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO BUZUA-AVILES,<br><br>        Petitioner,<br><br>    v.<br><br>R.D. ANDREWS, Warden, et al.,<br><br>        Respondents. | 1:05-cv-00243-AWI-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)<br><br>ORDER REFERRING CASE BACK TO THE MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is currently incarcerated at the Taft Correctional Institution, Taft, California.

**PROCEDURAL HISTORY**

On February 22, 2005, Petitioner filed the instant Petition pursuant to 28 U.S.C. § 2241, raising two claims: (1) improper calculation of his sentence by the district court; and (2) disparate treatment of illegal aliens in federal prisons. (Doc. 1, p. 3). On April 18, 2005, the United States Magistrate Judge issued a Report and Recommendation recommending that Ground One of the petition for writ of habeas corpus be dismissed. (Doc. 4). This Report and Recommendation

1  was served on all parties and contained notice that any objections were to be filed within thirty
2  (30) days from the date of service of that order.  On May 6, 2005, Petitioner timely filed his
3  objections to the Report and Recommendation.  (Doc. 5).
4       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
5  a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that
6  the Magistrate Judge's Report and Recommendation is supported by the record and proper
7  analysis.
8       Accordingly, IT IS HEREBY ORDERED that:
9       1.   The Report and Recommendation, filed April 18, 2005 (Court Doc. 4), is
10           ADOPTED IN FULL;
11      2.   Ground One in the petition for writ of habeas corpus (Doc. 1), is DISMISSED;
12           and
13      3.   The matter is remanded to the United States Magistrate Judge for further
14           proceedings as to the remaining Ground Two.

IT IS SO ORDERED.

**Dated:   May 26, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE