# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO E. BAZUA-AVILES, ) | 1:05-cv-00243-AWI-TAG HC |
| ) | |
| ) | ORDER ADOPTING REPORT AND |
| Petitioner, ) | RECOMMENDATION (Doc. 10) |
| ) | |
| v. ) | ORDER DISMISSING AND DENYING |
| ) | PETITION FOR WRIT OF HABEAS CORPUS |
| ) | (Doc. 1) |
| R.D. ANDREWS, et al., ) | |
| ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT |
| Respondents. ) | |
| ) | |
| _____ ) | |

On February 22, 2005, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court.

On August 25, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be DISMISSED as MOOT and DENIED on the merits because the petition did not state grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241 and because Petitioner is no longer in the custody of the United States Bureau of Prisons. (Doc. 10). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties have not filed timely objections to the

1

Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed August 25, 2006 (Doc. 10), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED as MOOT and DENIED on the merits; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   October 12, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                                              UNITED STATES DISTRICT JUDGE